

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00001-CV

RIGOBERTO MENDEZ                                                    APPELLANT

V.

ROSA S. GARCIA                                                        APPELLEE

------------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY

------------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Joint Motion To Dismiss With Prejudice." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal with prejudice. *See* Tex. R. App. P. 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

---

[1]*See* Tex. R. App. P. 47.4.

DELIVERED:  June 17, 2010